1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9    REGINALD SMITH,                         1:16-cv-00138 SKO (PC)

10              Plaintiff,

11        v.                                 ORDER GRANTING APPLICATION
                                             TO PROCEED *IN FORMA PAUPERIS*
12   PAM AHLIN,

13              Defendant.                   (Doc. 2)

14

15

16        Plaintiff is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

17   § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.

18   are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.

19   Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

20        In the instant action, Plaintiff filed an application to proceed *in forma pauperis*.

21   Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.

22   Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

23
     IT IS SO ORDERED.
24

25   Dated:   **February 2, 2016**                      **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28
                                             1